# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:06CR00171-001 |
| Jiumaneglis Newton | ) | USM No. 08392-028 |

| | |
|---|---|
| 12/17/2007 | Sara Varner |
| Date of Previous Judgment | Defendant's Attorney |

### Order for Sentence Reduction Pursuant to Section 404 of the First Step Act of 2018

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☑ the attorney for the Government, or ☐ the Court for a reduced sentence based on the statutory penalties which were modified by sections 2 or 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372), as if sections 2 and 3 of the Fair Sentencing Act of 2010 were in effect at the time defendant's offense was committed. Having considered such motion, and taking into account the First Step Act of 2018,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 120 months **is reduced to** 87 months* .

## I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:

Previous Sentence Imposed: 120 months     Amended Sentence: 87 months
Previous Supervised Release Term Imposed: 5 years     Amended Supervised Release Term: 4 years
Previous Underlying Sentence Imposed:     Amended Underlying Sentence:

## II. SENTENCE RELATIVE TO AMENDED TERMS:

☑ Conditions of supervised release set forth in judgment are to remain in effect.
☐ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

You shall reside in a residential reentry center (RRC) for a term of up to 60 days. ( cont'd see below)

## III. ADDITIONAL COMMENTS:

You shall abide by the rules and regulations of the RRC facility.  * SEE PAGE 2

Except as provided above, all provisions of the judgment dated    12/17/2007    shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   4/12/2019

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

DEFENDANT: Jiumaneglis Newton
CASE NUMBER: 1:06CR00171-001

## I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:

### IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **147 months.**

**87 months on Count 1 and 60 months on Count 2, to be served consecutively.**